# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154396 & (79)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellant/
Cross-Appellee,

v

GARY PATRICK LEWIS,
Defendant-Appellee/
Cross-Appellant.

SC: 154396
COA: 325782
Wayne CC: 14-006454-FH

_____/

On order of the Court, the application for leave to appeal the July 21, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the denial of counsel to the defendant at his preliminary examination is an error requiring automatic reversal or whether harmless error analysis applies. The parties should not submit mere restatements of their application papers.

The application for leave to appeal as cross-appellant remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



a1214

Clerk